UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW WRIGHTMAN, | CASE NO. C25-2073-KKE |
| Plaintiff(s), | MINUTE ORDER |
| v. | |
| ARAMARK CAMPUS LLC, et al., | |
| Defendant(s). | |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

(1) This case is scheduled for oral argument on March 26, 2026. The parties should come prepared to discuss whether the Court should rely on the original or amended complaint to determine the amount in controversy considering the Supreme Court's decision in *Royal Canin U.S.A., Inc. v. Wullschleger*, 604 U.S. 22 (2025) and Ninth Circuit caselaw applying *Royal Canin*. *See, e.g.*, *Rosenwald v. Kimberly-Clark Corp.*, 152 F.4th 1167 (9th Cir. 2025); *Faulk v. JELD-WEN, Inc.*, 159 F.4th 618 (9th Cir. 2025).

(2) The parties should also be prepared to discuss to what extent *Benko v. Quality Loan Serv. Corp.*, 789 F.3d 1111 (9th Cir. 2015) remains controlling law in light of *Royal Canin*, and its impact, if any, on the issues in this case.

MINUTE ORDER - 1

(3)  The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 23rd day of March 2026.

Joshua C. Lewis

Clerk


/s/ Alejandro Pasaye Hernandez
Deputy Clerk

MINUTE ORDER - 2